FILED'11 JAN 05 15:24USDC-ORE

**MICHAEL C. BAXTER**
Oregon State Bar ID Number 910203
michael@baxterlaw.com
**JUSTIN M. BAXTER**
Oregon State Bar ID Number 99217
justin@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiff Miller

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **JULIE MILLER,** | Case No. 6:09-cv-6127-HO |
| Plaintiff, | |
| v. | **ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, and **TRANS UNION LLC**, a foreign limited liability company, | |
| Defendants. | |

This Court having been informed by counsel that this action has been settled, IT IS ORDERED that this action is dismissed with prejudice and without costs.

DATED this _5th_ day of January, 2011.

_Michael C. Hogan_
District Court Judge Michael R. Hogan

Page 1     **ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **ORDER DISMISSING DEFENDANT**

**EXPERIAN INFORMATION SOLUTIONS, INC.** on:

Angela Taylor
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612
    *Attorney for Experian Information Solutions, Inc.*

[  ]  Via First Class Mail

[  ]  Via Hand Delivery

[X]  Via Email (CM/ECF)

DATED this 29th day of December, 2010.

/s/ Michael C. Baxter

Michael C. Baxter, OSB #910203
michael@baxterlaw.com
Justin M. Baxter, OSB #992178
justin@baxterlaw.com
BAXTER & BAXTER, LLP
8835 SW Canyon Lane, Suite 130
Portland, Oregon 97225